*Prince Frederick* vs. *Catherine,* 1744

COLONY OF RD ISLAND ETC. CURIA ADMIRALITATIS   At A Court of Vice Admiralty held at Newport in the Colony aforesaid on Saturday the 21st day of April 1744 at 11 aClock A. M.

Before the Honble Leonard Lockman Esqr Judge of sd Court

The Court being Open'd

John Dennis of Newport Mariner and Commr of the Private Man of War Prince frederick on his Oath saith. that on the 16th day of Octor 1743. on the High Seas in the Lattd of 33 Degr North as he the deponent was on a Cruise against the Spaniards, did Seize and take A Certain Snow whereof was Master Francis Graciat bound from the Havannah to Marseiles in old france having on board 15437 Dollars belonging to the Subjects of the King of Spain. wch monies was taken out of the Snow Agreable to the treaties Subsisting the freight whereof the Depont paid to the sd Frances Graciat and then Suffer'd the

s<sup>d</sup> Graciat to proceed on his Voyage and the depon<sup>t</sup> rec<sup>d</sup> at same time from the s<sup>d</sup> Graciat A Certificate or Acknowledgment under his hand, Copy whereof is now exhibited in Court wherein he Acknowledged the Afores<sup>d</sup> Monys to belong to the Subjects of the King of Spain further this Dep<sup>t</sup> saith not,

John Dennis

M<sup>r</sup> John Calder of Newport mariner and Captain's Quarter Master of the Sloop Prince frederick afores<sup>d</sup> deposeth to the truth of the foregoing Evidence and further Saith not

John Calder

The Libel read

I having Perused the Above Evidence and Instrum<sup>t</sup> given by the s<sup>d</sup> Graciat it Plainly Appears to me that the s<sup>d</sup> 15437 Dollars Libeled again by the Captors John Dennis and W<sup>m</sup> Allen afores<sup>d</sup> is monys belonging to the Subjects of the King of Spain and therefore I Decree the same to be lawfull Prize to be Divided by them their Owners and Companies according to Agreement between them made, they Paying Costs of this Court.

Leonard Lockman